**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**DONALD REESE KINSLOW**     **PETITIONER**

**VS.**     **CIVIL ACTION NO. 4:09cv111 TSL-LRA**

**RON KING AND ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI**     **RESPONDENTS**

## O R D E R

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Linda R. Anderson, and the court, having fully reviewed the report and recommendation entered in this cause on August 5, 2010, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Linda R. Anderson entered on August 5, 2010, be, and the same is hereby adopted as the finding of this court, that the motion of respondents to dismiss is granted in part, and the petition for writ of habeas corpus is hereby dismissed without prejudice.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 27th day of August, 2010.

                                             /s/Tom S. Lee
                                             UNITED STATES DISTRICT JUDGE